# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Ramon Guillen Ochoa,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>United States of America; Alejandro Mayorkas, in his Official Capacity, Secretary, Department of Homeland Security; Monty Wilkinson, in his Official Capacity, Attorney General Department of Justice; Kerri Ann Quihuis, in his Official Capacity, ICE Field Office Director, Detention and Removal Las Vegas, Nevada (ICE Local),<br><br>　　　　　Defendants. | Case No. 2:21-cv-00222-RFB-NJK<br><br>**Order to Extend Deadlines (First Request)** |

　　　　Pursuant to Local Rules IA 6-1　　　　, Plaintiff Ramon Guillen Ochoa and Defendants, United States of America, et al, through counsel, submit the following Stipulation to Extend Deadlines. This is the first request for an extension of case deadlines. The parties enter this stipulation because:

　　　　1.　　On February 10, 2021, Plaintiff filed his Complaint (ECF No. 1).

　　　　2.　　On February 19, 2021, the United States Attorney's Office was served.

　　　　3.　　Under Fed. R. Civ. P. 12(a)(2), Defendants' Answer or other responsive pleading is currently due April 20, 2021.

4. The requested extension will provide Defendants additional time to consider Plaintiff's claims and potential resolutions thereto not necessitating litigation.

5. Accordingly, the parties request that Defendants' Answer or other responsive pleading be extended to **May 4, 2021**.

Respectfully submitted this 14th day of April 2021.

                                        CHRISTOPHER CHIOU
                                        Acting United States Attorney

/s/ Xavier Gonzales
XAVIER GONZALES, ESQ.         /s/ Skyler Pearson
NV Bar No. 1862                     SKYLER H. PEARSON
8440 W. Lake Mead Blvd.        Assistant United States Attorney
Suite 201
Las Vegas, NV 89128             *Attorneys for the United States*

*Attorney for Plaintiff*

                                      **IT IS SO ORDERED .**

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

                                    **DATED:** April 14, 2021