# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAMON GUILLEN OCHOA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 2:21-cv-00222-RFB-NJK<br><br>**ORDER** |

    To date, the parties have not filed a joint stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan, no later than August 6, 2021.

    IT IS SO ORDERED.

    Dated: August 2, 2021

                                                             Nancy J. Koppe<br>                                                             United States Magistrate Judge