XAVIER GONZALES, ESQ.
Nevada Bar No.: 1862
8440 W. Lake Mead Blvd, Ste 201
Las Vegas, Nevada 89128
(702) 388-8181
*Attorney for Petitioner*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RAMON OCHOA GUILLEN, | Case No. 2:21-cv-00222-RFB-NJK |
| Petitioner, | |
| v. | NON-DETAINED |
| THE UNITED STATES OF AMERICA, et al. | |
| Respondents | |

### Joint Stipulation and Order to Dismiss

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the above-entitled case shall be voluntarily dismissed without prejudice, and each party will bear its own costs and attorney's fees.

Respectfully submitted this 30th day of August, 2021.

| | |
|---|---|
| XAVIER GONZALES ESQ. | MERRICK GARLAND<br>United States Attorney |
| /s/ Xavier Gonzales<br>XAVIER GONZALES<br>8440 W. Lake Mead Blvd., Ste 201<br>Las Vegas, Nevada 89128 | /s/ Skyler H. Pearson<br>Skyler H. Pearson<br>Assistant United States Attorney |
| *Attorney for the Petitioner* | *Attorneys for Defendants* |

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
**United States District Court**

DATED this 31st day of August, 2021.